JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

11/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BRANLETT KIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. SA CV 14-01925-MWF (AS)<br><br>**JUDGMENT** |

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.


   DATED: November 30, 2015.

                                    /s/ Michael W. Fitzgerald
                                    _____
                                          MICHAEL W. FITZGERALD
                                       UNITED STATES DISTRICT JUDGE